**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF GEORGIA

Case number *(if known)*

Chapter you are filing under:
- ☐ Chapter 7
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy
12/17

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Identify Yourself

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **1. Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Nacasha**<br>First name<br><br>Middle name<br><br>**Leca Ruffin**<br>Last name and Suffix (Sr., Jr., II, III) | First name<br><br>Middle name<br><br>Last name and Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br><br>Include your married or maiden names. | | |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-2946 | |

Official Form 101                **Voluntary Petition for Individuals Filing for Bankruptcy**                page 1

Debtor 1  **Nacasha Leca Ruffin** _____  Case number *(if known)* _____

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |

**4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and *doing business as* names

■ I have not used any business name or EINs.

Business name(s)

EINs

☐ I have not used any business name or EINs.

Business name(s)

EINs

**5. Where you live**

**7460 Wildercliff Drive
Atlanta, GA 30328**
Number, Street, City, State & ZIP Code

**Fulton**
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

**If Debtor 2 lives at a different address:**

Number, Street, City, State & ZIP Code

County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

**6. Why you are choosing *this district* to file for bankruptcy**

*Check one:*

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

Debtor 1  **Nacasha Leca Ruffin**                                      Case number *(if known)*

| Part 2: | **Tell the Court About Your Bankruptcy Case** |
|---|---|

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7

■ Chapter 11

☐ Chapter 12

☐ Chapter 13

**8. How you will pay the fee**

■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

■ No.

☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | District | When | Case number |
| | District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☐ No

■ Yes.

| | | | |
|---|---|---|---|
| Debtor | DO@King Plow Arts Center LLC | Relationship to you | |
| District | Northern District of Georgia | When  1/02/20 | Case number, if known |
| Debtor | | Relationship to you | |
| District | | When | Case number, if known |

**11. Do you rent your residence?**

■ No.   Go to line 12.

☐ Yes.   Has your landlord obtained an eviction judgment against you?

☐ No. Go to line 12.

☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1    **Nacasha Leca Ruffin**    Case number *(if known)*

| Part 3: | Report About Any Businesses You Own as a Sole Proprietor |
|---|---|

**12. Are you a sole proprietor of any full- or part-time business?**

■ No.    Go to Part 4.

☐ Yes.   Name and location of business

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

Name of business, if any

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).

☐ No.   I am not filing under Chapter 11.

■ No.   I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.  I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

| Part 4: | Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention |
|---|---|

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.
☐ Yes.

What is the hazard? _____

If immediate attention is needed, why is it needed? _____

Where is the property? _____

Number, Street, City, State & Zip Code

Debtor 1   **Nacasha Leca Ruffin**                                                                  Case number *(if known)*

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |
| --- | --- |

**About Debtor 1:**                                                                                              **About Debtor 2 (Spouse Only in a Joint Case):**

15. **Tell the court whether you have received a briefing about credit counseling.**

    The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

    If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

   ☐ **Incapacity.**
   I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

   ☐ **Disability.**
   My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

   ☐ **Active duty.**
   I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of**:

   ☐ **Incapacity.**
   I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

   ☐ **Disability.**
   My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

   ☐ **Active duty.**
   I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1  **Nacasha Leca Ruffin**    Case number *(if known)*

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16. What kind of debts do you have?**

**16a.** **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☒ No. Go to line 16b.
☐ Yes. Go to line 17.

**16b.** **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
☒ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer debts or business debts

_____

**17. Are you filing under Chapter 7?**

☒ No. I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No
☐ Yes

**18. How many Creditors do you estimate that you owe?**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☒ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☒ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Nacasha Leca Ruffin**
_____    _____
**Nacasha Leca Ruffin**                       Signature of Debtor 2
Signature of Debtor 1

Executed on   **January  2, 2020**          Executed on   _____
              MM / DD / YYYY                               MM / DD / YYYY

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ William A. Rountree**
Signature of Attorney for Debtor

Date  **January  2, 2020**
MM / DD / YYYY

**William A. Rountree**
Printed name

**Rountree, Leitman & Klein, LLC**
Firm name

**Century Plaza I**
**2987 Clairmont Road, Ste 175**
**Atlanta, GA 30329**
Number, Street, City, State & ZIP Code

Contact phone  **404-584-1244**          Email address  **swenger@rlklawfirm.com**

**616503 GA**
Bar number & State

1/02/20 9:06PM

**Fill in this information to identify your case:**

Debtor 1  **Nacasha Leca Ruffin**
_First Name_  _Middle Name_  _Last Name_

Debtor 2
(Spouse if, filing)  _First Name_  _Middle Name_  _Last Name_

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF GEORGIA

Case number
(if known)

☐ Check if this is an amended filing

# B 104

For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest
Unsecured Claims Against You and Are Not Insiders       12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:**  List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.

**Unsecured claim**

**1**
**ACE(Acess Capital For Entrepeneurs)**
**504 Fair St. SW**
**Atlanta, GA 30313**

What is the nature of the claim?    2650 Cascade Road SW Atlanta, GA 30311 Fulton County    $ **$444,429.30**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
☐ No
■ Yes. Total claim (secured and unsecured)    $ **$749,429.30**
    Value of security:    - $ **$790,000.00**
    Unsecured claim    $ **$444,429.30**

**infor@aceloans.org**
Contact

**678 335-5600 ext 120**
Contact phone

**2**
**ADP**
**5680 New Northside Dr. NW**
**Atlanta, GA 30328**

What is the nature of the claim?    $ **$18,000.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No

Debtor 1  **Nacasha Leca Ruffin**                              Case number *(if known)*

courtney.Miller@adp.com
Contact

☐ Yes. Total claim (secured and unsecured)   $ _____

770 955-3600
Contact phone

Value of security:                            - $ _____
Unsecured claim                                 $ _____

---

**3**

**American Express**
**c/o Zwicker & Associates**
**3505 Koger Blvd Ste 125**
**Duluth, GA 30096**

**What is the nature of the claim?** _____    $ **$79,295.01**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

**Keith D. Taylor**

**fax 678 924-9652**
Contact

■ No
☐ Yes. Total claim (secured and unsecured)   $ _____

**678 924-9644**
Contact phone

Value of security:                            - $ _____
Unsecured claim                                 $ _____

---

**4**

**American Express (Delta Card)**
**c/o Zwicker & Associates**
**3505 Koger Blvd. Ste 125**
**Duluth, GA 30096**

**What is the nature of the claim?** _____    $ **$5,148.44**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

**fax678 924-9652**
Contact

■ No
☐ Yes. Total claim (secured and unsecured)   $ _____

**678-924-9644**
Contact phone

Value of security:                            - $ _____
Unsecured claim                                 $ _____

---

**5**

**ARF (Advanced Rest. Finance)**
**c/o Benjamin E. Kelly PS**
**9218 Roosevelt Way NE**
**Seattle, WA 98115**

**What is the nature of the claim?** _____    $ **$68,000.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

**fax 206365-0575**
Contact

■ No
☐ Yes. Total claim (secured and unsecured)   $ _____

**2063659090**
Contact phone

Value of security:                            - $ _____
Unsecured claim                                 $ _____

---

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 2

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

Debtor 1    **Nacasha Leca Ruffin**    Case number *(if known)*

### 6

**Capital One Spark Business**
**1680 Capital One Dr.**
**Mc Lean, VA 22102**

**What is the nature of the claim?**    $ **$35,000.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)    $ _____
    Value of security:    - $ _____
    Unsecured claim    $ _____

**fax 804-968-3550**
Contact

**800 867-0904**
Contact phone

### 7

**CenterState Bank**
**3565 Piedmont Rd, NE**
**Bldg. 3, Suite 210**
**Atlanta, GA 30305**

**What is the nature of the claim?**    $ **$1,572,202.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)    $ _____
    Value of security:    - $ _____
    Unsecured claim    $ _____

Contact

Contact phone

### 8

**Children's Healthcare of Atlan**
**PO Box 116210**
**Atlanta, GA 30368**

**What is the nature of the claim?**    $ **$943.11**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)    $ _____
    Value of security:    - $ _____
    Unsecured claim    $ _____

**billing@choa.org**
Contact

**404 785-5589**
Contact phone

### 9

**Georgia Department of Revenue**
**1800 Centrury Center Blvd**
**Suite 9100**
**Atlanta, GA 30345**

**What is the nature of the claim?**    **Sales & Use Tax**    $ **$3,017.83**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

Debtor 1    **Nacasha Leca Ruffin**                             Case number *(if known)*

| | bheinz@law.ga.gov | | ■ No | | |
|---|---|---|---|---|---|
| | Contact | | ☐ Yes. Total claim (secured and unsecured) | $ | |
| | | | Value of security: | - $ | |
| | Contact phone | | Unsecured claim | $ | |

**10**

**Georgia Department of Revenue**
**1800 Centrury Center Blvd**
**Suite 9100**
**Atlanta, GA 30345**

What is the nature of the claim?                              $ **$4,437.27**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?

| | Bheinz@law.ga.gov | | ■ No | | |
|---|---|---|---|---|---|
| | Contact | | ☐ Yes. Total claim (secured and unsecured) | $ | |
| | | | Value of security: | - $ | |
| | Contact phone | | Unsecured claim | $ | |

**11**

**Georgia Department of Revenue**
**1800 Centrury Center Blvd**
**Suite 9100**
**Atlanta, GA 30345**

What is the nature of the claim?      **Sales & Use Tax**      $ **$3,928.07**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?

| | bheinz@law.ga.gov | | ■ No | | |
|---|---|---|---|---|---|
| | Contact | | ☐ Yes. Total claim (secured and unsecured) | $ | |
| | | | Value of security: | - $ | |
| | Contact phone | | Unsecured claim | $ | |

**12**

**Georgia Department of Revenue**
**1800 Centrury Center Blvd**
**Suite 9100**
**Atlanta, GA 30345**

What is the nature of the claim?      **Sales & Use tax**      $ **$3,628.12**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?

| | bheinz@law.ga.gov | | ■ No | | |
|---|---|---|---|---|---|
| | Contact | | ☐ Yes. Total claim (secured and unsecured) | $ | |
| | | | Value of security: | - $ | |
| | Contact phone | | Unsecured claim | $ | |

**13**

**Georgia Department of Revenue**
**1800 Centrury Center Blvd**
**Suite 9100**

What is the nature of the claim?                              $ **$7,604.74**

B 104 (Official Form 104)           For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims           Page 4

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com           Best Case Bankruptcy

Debtor 1    **Nacasha Leca Ruffin**                                              Case number *(if known)*

    **Atlanta, GA 30345**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)   $ _____
  Value of security:                         - $ _____
  Unsecured claim                              $ _____

**bheinz@law.ga.gov**
Contact

Contact phone

---

**14**

**Internal Revenue Service**
**PO Box 7346**
**Philadelphia, PA 19101**

**What is the nature of the claim?**   $ **$40,000.00**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)   $ _____
  Value of security:                         - $ _____
  Unsecured claim                              $ _____

**fax 703368-9694**
Contact

Contact phone

---

**15**

**Merrick Bank**
**Lockbox operations #660702**
**2701 East Grauwyler Rd Bldg 1**
**Dallas, TX 75266**

**What is the nature of the claim?**   $ **$3,507.22**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)   $ _____
  Value of security:                         - $ _____
  Unsecured claim                              $ _____

Contact

Contact phone

---

**16**

**Opentable, Inc.**
**29109 Network Place**
**Chicago, IL 60673**

**What is the nature of the claim?**   $ **$2,300.00**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)   $ _____
  Value of security:                         - $ _____

**fax 415 267-0936**
Contact

---

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 5

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                           Best Case Bankruptcy

Debtor 1  **Nacasha Leca Ruffin**    Case number *(if known)*

Contact phone    Unsecured claim    $

---

**17**

**Piedmont Healthcare Physicians**
**1968 Peachtree S. NW**
**Atlanta, GA 30309**

What is the nature of the claim?    $ **$1,549.68**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)    $
    Value of security:    - $
    Unsecured claim    $

Contact

Contact phone

---

**18**

**QVC Inc. Easy Pay**
**1200 Wilson Drive**
**West Chester, PA 19380**

What is the nature of the claim?    $ **$1,094.12**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)    $
    Value of security:    - $
    Unsecured claim    $

**fax 770 612-7335**
Contact

Contact phone

---

**19**

**SunTrust Business**
**7455 Chancellor Dr.**
**Orlando, FL 32809**

What is the nature of the claim?    $ **$37,000.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)    $
    Value of security:    - $
    Unsecured claim    $

Contact

Contact phone

---

**20**

**Sysco Atlanta, LLC.**
**2225 Riverdale Rd**
**Atlanta, GA 30337**

What is the nature of the claim?    $ **$16,913.35**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

---

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 6

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1  **Nacasha Leca Ruffin**                                      Case number *(if known)*

**Does the creditor have a lien on your property?**

**knott.cynthia@va.sysco.com**         ■  No
Contact                                □  Yes. Total claim (secured and unsecured)    $

**404 765-9900**                            Value of security:                      - $
Contact phone                               Unsecured claim                           $

| Part 2: | **Sign Below** |

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

X   **/s/ Nacasha Leca Ruffin**                         X
    **Nacasha Leca Ruffin**                               Signature of Debtor 2
    Signature of Debtor 1

Date    **January  2, 2020**                            Date

B 104 (Official Form 104)      For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims      Page 7

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                     Best Case Bankruptcy

# United States Bankruptcy Court
### Northern District of Georgia

In re  **Nacasha Leca Ruffin**                                                     Case No.
                             Debtor(s)                                             Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:  **January 2, 2020**                         **/s/ Nacasha Leca Ruffin**
                                                    **Nacasha Leca Ruffin**
                                                    Signature of Debtor

```
2888 Woodstock Blvd
Atlanta, GA 30341




ACE(Acess Capital For
Entrepeneurs)
504 Fair St. SW
Atlanta, GA 30313




ADP
5680 New Northside Dr. NW
Atlanta, GA 30328




American Express
c/o Zwicker & Associates
3505 Koger Blvd Ste 125
Duluth, GA 30096




American Express (Delta Card)
c/o Zwicker & Associates
3505 Koger Blvd. Ste 125
Duluth, GA 30096




ARF (Advanced Rest. Finance)
c/o Benjamin E. Kelly PS
9218 Roosevelt Way NE
Seattle, WA 98115




Atlanta Perinatal Consultants,
5780 Peachtree Dunwoody Rd
Atlanta, GA 30342




Barclays Visa
PO Box 60517
City of Industry, CA 91716




Capital One Spark Business
1680 Capital One Dr.
Mc Lean, VA 22102
```

```
CenterState Bank
3565 Piedmont Rd, NE
Bldg. 3, Suite 210
Atlanta, GA 30305



Children's Healthcare of Atlan
PO Box 116210
Atlanta, GA 30368



Christian Ruffin
7460 Wildercliff Dr
Atlanta, GA 30328



Dr. Lacey & Freschi PC
1100 Johnson Ferry Rd
Ste 425
Atlanta, GA 30342



Dr. Lacey & Freschi PC
PO Box 198988
Nashville, TN 37219



Georgia Department of Revenue
1800 Centrury Center Blvd
Suite 9100
Atlanta, GA 30345



Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101



Labcorp
3940 Arrowhead Blvd
#240
Mebane, NC 27302



Labcorp
PO BOX 2240
Burlington, NC 27216
```

Document      Page 18 of 19

```
Merrick Bank
Lockbox operations #660702
2701 East Grauwyler Rd Bldg 1
Dallas, TX 75266



Opentable, Inc.
29109 Network Place
Chicago, IL 60673



Paypal Smart Connect
Syncrony
2211 North First St.
San Jose, CA 95131



Paypal Smart Connect
Syncrony
PO Box 960080
Orlando, FL 32896



Piedmont Healthcare Physicians
1968 Peachtree S. NW
Atlanta, GA 30309



Preferred Diagnostice Centers
430 Woodruff Rd Ste 450
Greenville, SC 29607



QVC Inc. Easy Pay
1200 Wilson Drive
West Chester, PA 19380



Republic Bank
601 West Market St.
Louisville, KY 40202



Select Portfolio Servicing, In
3217 S. Decker Lake Dr
Salt Lake City, UT 84119
```

SunTrust Business
7455 Chancellor Dr.
Orlando, FL 32809


Sysco Atlanta, LLC.
2225 Riverdale Rd
Atlanta, GA 30337


Sysco Business Center
24500 Hwy 290
Cypress, TX 77429


Time Payments
1600 District Ave.
Ste 200
Burlington, MA 01803


Whaley Parts and Supply
Biehl & Biehl Inc.
325 E. Fullerton Ave
Carol Stream, IL 60188


Zulily LLC
C/o Global Credit Collection
5440 N. Cumberland Ave Ste 300
Chicago, IL 60656