# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

IN RE: NACASHA LECA Ruffin

CASE NUMBER: 20-60067-JWC

JUDGE

CHAPTER 11

DEBTOR.

---

### DEBTOR'S MONTHLY OPERATING REPORT (INDIVIDUAL)
#### FOR THE PERIOD

FROM  01/01/21  TO  01/30/21

Comes now the above-named debtor and files its Monthly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

Dated: 2/25/21

Attorney for Debtor Elizabeth Childers

Debtor's Address
and Phone Number:
NACASHA LECA Ruffin
7460 Wildecliff Dr
Atlanta GA 30328
Tel. (678) 427-9196

Attorney's Address
and Phone Number:
Rountree Leitman & Klein, LLC
2987 Clairmont Rd, Ste. 350
Atlanta, GA 30329
Bar No. 143546
Tel. (404) 996-3590

Note: The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States Trustee. Monthly Operating Reports must be filed by the 20th day of the following month.

## SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

| | |
|---|---|
| Case Name: | NACASHA LECA Rutho |
| Case Number: | 20-60067-JwC |

Note: The information requested below is a summary of the information reported the various Schedules and Attachments contained within this repc.

| | Month | Cumulative<br>Total |
|---|---|---|
| CASH- Beginning of Month (Household) | −156.33 | |
| CASH- Beginning of Month (Business) | | |
| | | |
| Total Household Receipts | 2256.06 | |
| Total Business Receipts | | |
| Total Receipts | 2256.06 | |
| | | |
| Total Household Disbursements | 2369.00 | |
| Total Business Disbursements | | |
| Total Disbursements | 2369.00 | |
| | | |
| NET CASH FLOW (Total Receipts minus Total Disbursements) | −112.94 | |
| | | |
| CASH- End of Month (Individual) | −269.27 | |
| CASH- End of Month (Business) | | |

### CALCULATION OF DISBURSEMENTS FOR UNITED STATES TRUSTEE QUARTERLY FEES

| | | |
|---|---|---|
| TOTAL DISBURSEMENTS (From Above) | | |
| Less: Any Amounts Transferred or Paid from the Business Account to the Household Account (i.e., Salary Paid to Debtor or Owner's Draw) | | |

### SCHEDULE OF HOUSEHOLD
### CASH RECEIPTS AND CASH DISBURSEMENTS

| | Month | Cumulative Total |
|---|---|---|
| **CASH - Beginning of Month** | −156.33 | |
| | | |
| **CASH RECEIPTS** | | |
| Salary or Cash from Business | 2256 06 | |
| Wages from Other Sources (attach list to this report) | | |
| Interest or Dividend Income | | |
| Alimony or Child Support | | |
| Social Security/Pension/Retirement | | |
| Sale of Household Assets (attach list to this report) | | |
| Loans/Borrowing from Outside Sources (attach list to this report) | | |
| Other (specify) (attach list to this report) | | |
| | | |
| **TOTAL RECEIPTS** | 2256.06 | |
| | | |
| **CASH DISBURSEMENTS** | | |
| Alimony or Child Support Payments | | |
| Charitable Contributions | | |
| Gifts | | |
| Household Expenses/Food/Clothing | | |
| Household Repairs & Maintenance | | |
| Insurance | | |
| IRA Contribution | | |
| Lease/Rent Payments | | |
| Medical/Dental Payments | | |
| Mortgage Payment(s)          ACC | 2000·00 | |
| Other Secured Payments | | |
| Taxes - Personal Property | | |
| Taxes - Real Estate | | |
| Taxes Other (attach schedule) | | |
| Travel & Entertainment | | |
| Tuition/Education | | |
| Utilities (Electric, Gas, Water, Cable, Sanitation) | | |
| Vehicle Expenses | | |
| Vehicle Secured Payment(s) | | |
| U. S. Trustee Quarterly Fees | 325.00 | |
| Professional Fees (Legal, Accounting) | | |
| Other (attach schedule) | | |

2 325·00

### SCHEDULE OF BUSINESS
### CASH RECEIPTS AND CASH DISBURSEMENTS

N/A

|  | Month | Cumulative Total |
|---|---|---|
| **CASH** - Beginning of Month |  |  |
|  |  |  |
| **BUSINESS CASH RECEIPTS** |  |  |
| Cash Sales |  |  |
| Account Receivable Collection |  |  |
| Loans/Borrowing from Outside Sources (attach list to this report) |  |  |
| Rental Income |  |  |
| Sale of Business Assets (attach list to this report) |  |  |
| Other (specify) (attach list to this report) |  |  |
|  |  |  |
| **Total Business Receipts** |  |  |
|  |  |  |
| **BUSINESS CASH DISBURSEMENTS** |  |  |
| Net Payroll (Excluding Self) |  |  |
| Salary Paid to Debtor or Owner's Draw (e.g., transfer to Household Account) |  |  |
| Taxes - Payroll |  |  |
| Taxes - Sales |  |  |
| Taxes Other (attach schedule) |  |  |
| Contract Labor (Subcontractors) |  |  |
| Inventory Purchases |  |  |
| Secured/Lease Payments (Business) |  |  |
| Utilities (Business) |  |  |
| Insurance |  |  |
| Vehicle Expenses |  |  |
| Travel & Entertainment |  |  |
| Repairs and Maintenance |  |  |
| Supplies |  |  |
| Charitable Contributions/Gifts |  |  |
| Purchase of Fixed Assets |  |  |
| Advertising |  |  |

MONTHLY OPERATING REPORT -
INDIVDUAL

ATTACHMENT NO. 1

| | QUESTIONNAIRE | YES* | NO |
|---|---|---|---|
| 1. | Have any assets been sold or transferred outside the normal course of business during this reporting period? | | ✓ |
| 2. | Have any funds been disbursed from any account other than a debtor in possession account? | | ✓ |
| 3. | Are any post-petition receivables (accounts, notes, or loans) due from any relatives, insiders, or related party? | | ✓ |
| 4. | Have any payments been made on pre-petition liabilities this reporting period? | | ✓ |
| 5. | Have any post-petition loans been received by the debtor from any party? | | ✓ |
| 6. | Are any post-petition payroll taxes past due? | | ✓ |
| 7. | Are any post-petition state or federal income taxes past due? | | ✓ |
| 8. | Are any post-petition state or local sales taxes past due? | | ✓ |
| 9. | Are any post-petition real estate taxes past due? | | ✓ |
| 10. | Are any amounts owed to post-petition creditors/vendors delinquent? | | ✓ |
| 11. | Are any wage payments past due? | | ✓ |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.

| | INSURANCE INFORMATION | YES | NO* |
|---|---|---|---|
| 1. | Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | ✓ | |
| 2. | Are all premium payments current? | ✓ | |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

| CONFIRMATION OF INSURANCE | | | | |
|---|---|---|---|---|
| TYPE of POLICY    and    CARRIER | | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| Allstate ( Home ) | | 6/25/20 ~ 6/25/21 | Annually | |
| State Farm ( Home ) | | 10/20/20 - 10/20/21 | Annually | |
| | | | | |
| | | | | |
| | | | | |

_____ Check here if United States Trustee has been listed a a Certificate Holder on all policies of insurance.

| DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD: |
|---|
| |

**MONTHLY OPERATING REPORT - INDIVIDUAL**

**ATTACHMENT NO. 2**

### BANK ACCOUNT RECONCILIATIONS

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | regons | | | |
| Account Number: | 4015 | | | |
| Purpose of Account (Business/Personal) | Personal | | | |
| Type of Account (e.g. checking) | Checking | | | |
| 1. Balance per Bank Statement | 269.27 – | | | |
| 2. ADD: Deposits not credited (attach list to this report) | | | | |
| 3. SUBTRACT: Outstanding Checks (attach list) | | | | |
| 4. Other Reconciling Items (attach list to this report) | | | | |
| 5. Month End Balance (Must Agree with Books) | 269.27 – | | | |
| TOTAL OF ALL ACCOUNTS | | | $ | |

Note: Attach a copy of the bank statement and bank reconciliation for each account.

| Investment Account Information<br>Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note: Attach a copy of each investment account statement.

**MONTHLY OPERATING REPORT -
INDIVIDUAL**

**ATTACHMENT NO. 3A**

### CASH DISBURSEMENTS DETAILS - HOUSEHOLD

| Name of Bank | |
|---|---|
| Account Number | |
| Purpose of Account (Personal) | |
| Type of Account (e.g., Checking) | |

N/A

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL | $ |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for

**MONTHLY OPERATING REPORT - INDIVIDUAL**

**ATTACHMENT NO. 3B**

## CASH DISBURSEMENTS DETAILS - BUSINESS

| Name of Bank | |
|---|---|
| Account Number | |
| Purpose of Account (Business) | OPERATING |
| Type of Account (e.g., Checking) | |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| 995021 | 1/04 | ACE | 2nd Mortage | 2000.00 |
| 995025 | 1/15 | US Trustee | Trustee fees | 325.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL | 2325.00 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for

**MONTHLY OPERATING REPORT - INDIVIDUAL**

**ATTACHMENT NO. 3C**

### CASH DISBURSEMENTS DETAILS - BUSINESS

| | |
|---|---|
| Name of Bank | |
| Account Number | |
| Purpose of Account (Business) | |
| Type of Account (e.g., Checking) | |

N/A

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL | $ |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for

**MONTHLY OPERATING REPORT - INDIVIDUAL**

**ATTACHMENT NO. 4**

| ACCOUNTS RECEIVABLE RECONCILIATION (Pre- & Post- Petition) | Scheduled Amount | Current Month |
|---|---|---|
| Accounts Receivable Beginning Balance | ~~2139~~ -156.33 | |
| Plus:  Billings During the Month | 2356.00 | |
| Less: Collections During the Month | 2325.00 | |
| Adjustments or WriteOffs* | | |
| Accounts Receivable Ending Balance** | 269.27 - | |

| ACCOUNTS RECEIVABLE AGING (Pre- & Post- Petition) | Scheduled Amount | Current Month |
|---|---|---|
| 0 - 30 Days | | |
| 31 - 60 Days | | |
| 61 - 90 Days | | |
| Over 90 Days | | |
| | | |
| Total Accounts Receivable** | | |

\* Attach explanation of any adjustment or writeoff.

\*\* The "current month" of these two lines must equal.

| POST-PETITION TAXES | Beginning Tax Liability* | Amount Withheld & or Accrued |
|---|---|---|
| Federal Taxes | | |
| Withholding** | | |
| FICA - Employee | | |
| FICA - Employer | | |
| Unemployment | | |
| Income | | |
| Other (Attach List) | | |
| Total Federal Taxes | | |
| | | |
| State & Local Taxes | | |
| Withholding | | |
| Sales | | |
| Unemployment | | |
| Real Property | | |

**MONTHLY OPERATING REPORT - INDIVIDUAL**

**ATTACHMENT NO. 5**

| ACCOUNTS PAYABLE RECONCILIATION (Post-Petition Only) | Month | Month | Month |
|---|---|---|---|
| Accounts Payable Beginning Balance* | | | |
| Plus: New Indebtedness During the Month | | | |
| Less: Amount Paid on Acct. Payables in Month | | | |
| Adjustments or WriteOffs** | | | |
| Accounts Payable Ending Balance | | | |

\* The beginning A/P liability should represent the liability from the prior month, or if this is the first report, the amount should be zero
\*\*Attach explanation for any adjustment or write-off.



| ACCOUNTS PAYABLE LISTING | | | |
|---|---|---|---|
| [List all bills or invoices incurred since the filing of the petition (Post-Petition Only) and have NOT been paid]*** | | | |
| Vendor & Description of Bill/Invoice | Date Incurred | Days Outstanding | Amount |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |



\*\*\* List any additional payables on a separate sheet and attach to this schedule.

**State Farm Fire and Casualty Company**
*A Stock Company With Home Offices in Bloomington, Illinois*

*11350 Johns Creek Parkway*
*Duluth, GA 30098-0001*

AT2          H-27-2067-FA86  F H W

RUFFINS, NACASHA & CHRISTIAN M
2650 CASCADE RD SW
ATLANTA GA  30311-3230



# RENEWAL DECLARATIONS

**AMOUNT DUE:**                                    **None**
Payment is due by  TO BE PAID BY MORTGAGEE

**Policy Number:**    11-EU-B709-8

**Policy Period:**  12 Months
**Effective Dates:** OCT 19 2019 to OCT 19 2020
The policy period begins and ends at 12:01 am standard
time at the residence premises.

**Homeowners Policy**

**Location of Residence Premises**
7460 WILDERCLIFF DR
SANDY SPRINGS GA
30328-1144

**Your State Farm Agent**
DAN BARRACLIFF
851 BVR RUIN RD NW
LILBURN GA       30047-3405

**Phone: (770) 921-5040**

| | |
|---|---|
| **Construction:** | Masonry Veneer |
| **Year Built:** | 1987 |

**Automatic Renewal**
If the **POLICY PERIOD** is shown as **12 MONTHS**, this policy will be renewed automatically subject to the premiums, rules,
and forms in effect for each succeeding policy period. If this policy is terminated, we will give you and the Mortgagee/Lien-
holder written notice in compliance with the policy provisions or as required by law.

**IMPORTANT MESSAGES**

NOTICE: Information concerning changes in your policy language is included.  Please call your agent with any questions.
Please help us update the data used to determine your premium. Contact your agent with the year each of
your home's utilities (heating/cooling, plumbing, or electrical) and roof were last updated.

**PREMIUM**

| | |
|---|---|
| Annual Premium | $9,912.00 |
| *Your premium has already been adjusted by the following:* | |
| Home Alert Discount          Claim Record Discount | |

| | |
|---|---|
| **Total Premium** | **$9,912.00** |

3000  27

03  001825  H

20

**11-EU-B709-9**                                                     State Farm

### FORMS, OPTIONS, AND ENDORSEMENTS

| | |
|---|---|
| HW-2111 | Homeowners Policy |
| Option ID | Increase Dwlg up to $412,620 |
| Option OL | Ordinance/Law 10%/ $206,310 |
| Option JF | Jewelry and Furs $1,500 Each |
| | Article/$2,500 Aggregate |
| HO-2465 | Fungus (Incl Mold) Liability |
| HO-2584 | Fungus (Incl Mold) Limited Cov |
| HO-2444 | Back-Up Of Sewer Or Drain - |
| | 5% of Coverage A/$103,155 |
| HO-2231 | *Amendatory Endorsement |
| | *New Form Attached |

### ADDITIONAL MESSAGES

State Farm® works hard to offer you the best combination of price, service, and protection. The amount you pay for homeowners insurance is determined by many factors such as the coverages you have, the type of construction, the likelihood of future claims, and information from consumers reports.

**Other limits and exclusions may apply - refer to your policy**

Your policy consists of these Declarations, the Homeowners Policy shown above, and any other forms and endorsements that apply, including those shown above as well as those issued subsequent to the issuance of this policy.

This policy is issued by the State Farm Fire and Casualty Company.

**Participating Policy**

You are entitled to participate in a distribution of the earnings of the company as determined by our Board of Directors in accordance with the Company's Articles of Incorporation, as amended.

In Witness Whereof, the State Farm Fire and Casualty Company has caused this policy to be signed by its President and Secretary at Bloomington, Illinois.

*Lynne M. Yaxell*
Secretary

*Michael F. Tipsord*
President

# Renewal House & Home Policy Declarations

Your policy effective date is June 25, 2020



**Allstate**
You're in good hands.

## Total Premium for the Policy Period

| | |
|---|---|
| Premium for property insured | $3,056.04 |
| Premium for Scheduled Personal Property Coverage | 347.00 |
| **Total** | **$3,403.04** |

*If you do not pay your bill by the due date shown on your billing statement, you may be charged a late fee.*

## Discounts (included in your total premium)

| | | | |
|---|---|---|---|
| Protective Device | $119.13 | Multiple Policy | $559.49 |
| Claim Free | $454.23 | Loyalty | $315.32 |
| Responsible Payment | $906.36 | Protective Device (SPP) | $62.00 |
| **Total discount savings** | | | **$2,416.53** |

## Insured property details*

Please review and verify the information regarding your insured property. Please refer to the Important Notice CX791820 for additional coverage information. Contact us if you have any changes.

**Location of property insured:** 2650 Cascade Rd SW, Atlanta, GA 30311-3230

**Dwelling Style:**
Built in 2007; 1 family; 6748 sq. ft.; 2 stories

**Attached structures:**
One 3-car attached garage          Open porch, 200 sq. ft.

**Interior details:**
One semi-custom kitchen            One builders grade half bath
Four builders grade full baths      Two single fireplaces

**Exterior wall type:**
100% brick on frame

**Interior wall partition:**
100% drywall

**Heating and cooling:**
Gas hot air heating, 100%          Central air - same ducts, 100%

**Additional details:**
Two atrium doors                    Interior wall height - less than 10 ft,
Cathedral ceiling, 10%              80%
Interior wall height - greater than 10 ft,   Laminated windows - no
20%                                 Pool or hot tub - no

**Fire protection details:**

(continued)

---

Information as of May 11, 2020

## Summary

**Named insured(s)**
Nacasha Ruffin, Christian Ruffin

**Mailing address**
2650 Cascade Rd SW
Atlanta GA 30311-3230

**Policy number**
995 993 759

**Your policy provided by**
Allstate Vehicle and Property
Insurance Company

**Policy period**
Beginning June 25, 2020 through June 25, 2021 at 12:01 a.m. standard time

**Your Allstate agency is**
Luceney Florveus
4028 Holcomb Bridge
Norcross GA 30092-4657
(770) 864-5868
lflorveus@allstate.com

Some or all of this information on your Policy Declarations is used in the rating of your policy or it could affect your eligibility for certain coverages. Please notify us immediately if you believe that any information on your Policy Declarations is incorrect. We will make corrections once you have notified us, and any resulting rate adjustments, will be made only for the current policy period or for future policy periods. Please also notify us immediately if you believe any coverages are not listed or are inaccurately listed.

**State Farm**

| NAMED INSURED | MORTGAGEE AND ADDITIONAL INTERESTS | |
|---|---|---|
| RUFFINS, NACASHA & CHRISTIAN M | **Mortgagee**<br>SELECT PORTFOLIO SERVICING INC<br>ITS SUCCESSORS AND/OR ASSIGNS<br>PO BOX 7277<br>SPRINGFIELD OH 45501-7277 | Loan Number:<br>0022822522 |

### SECTION I - PROPERTY COVERAGES AND LIMITS

| Coverage | Limit of Liability |
|---|---|
| A Dwelling | $ 2,063,100 |
| Other Structures | $ 206,310 |
| B Personal Property | $ 1,547,325 |
| C Loss of Use | $ 618,930 |
| Fungus (including Mold) Limited Coverage | $ 10,000 |
| **Additional Coverages** | |
| Arson Reward | $1,000 |
| Credit Card, Bank Fund Transfer Card, Forgery, and Counterfeit Money | $1,000 |
| Debris Removal | Additional 5% available/$1,000 tree debris |
| Fire Department Service Charge | $500 per occurrence |
| Fuel Oil Release | $10,000 |
| Locks and Remote Devices | $1,000 |
| Trees, Shrubs, and Landscaping | 5% of Coverage A amount/$750 per item |

### SECTION II - LIABILITY COVERAGES AND LIMITS

| Coverage | Limit of Liability |
|---|---|
| L Personal Liability (Each Occurrence) | $ 1,000,000 |
| Damage to the Property of Others | $ 1,000 |
| M Medical Payments to Others (Each Person) | $ 5,000 |

### INFLATION

Inflation Coverage Index: 270.5

### DEDUCTIBLES

| Section I Deductible | Deductible Amount |
|---|---|
| All Losses  1/2% | $ 10,315 |

### LOSS SETTLEMENT PROVISIONS

A1  Replacement Cost - Similar Construction
B1  Limited Replacement Cost - Coverage B

SEP 25 2019

Renewal House & Home Policy Declarations
Policy number:              995 993 759
Policy effective date:      June 25, 2020

Page 4 of 4

**Important payment and other information (continued)**

▶ Do not pay.  Mortgagee has been billed.

▶ A $4.00 installment fee will be included in any bill or notice with a minimum amount due. If you choose to pay by electronic
  funds transfer, the installment fee will be $1.50.

**Allstate Vehicle and Property Insurance Company's** Secretary and President have signed this policy with legal authority at
Northbrook, Illinois.

*Julie Parsons*

Julie Parsons
President

*Susan L Lees*

Susan L Lees
Secretary

Renewal House & Home Policy Declarations

Policy number: **998 993 759**
Policy effective date:    June 25, 2020

## Insured property details* (continued)

Fire department subscription - no    1 mile to fire department

**Roof surface material type:**
Composition
• 100% asphalt / fiberglass shingle

**Roof details:**
Predominant roof type: Composition    Age of roof - 9 years
Roof geometry - Hip

## Mortgagee

REPUBLIC BANK & TRUST COMPANY ISAOAATIMA LOAN SERVICING
INSURANCE
P O Box 22709, Louisville, KY 40291-0709
Loan number: 9128605

## Additional Interested Party - None

*This is a partial list of property details. If the interior of your property includes custom
construction, finishes, buildup, specialties or systems, please contact your Allstate
representative for a complete description of additional property details.*

## Coverage detail for the property insured

| Coverage | Limits of Liability | Applicable Deductible(s) |
|---|---|---|
| Dwelling Protection | $982,398 | • $5,000 Tropical Cyclone<br>• $5,000 Windstorm and Hail<br>• $3,000 All other perils |
| Other Structures Protection | $49,120 | • $5,000 Tropical Cyclone<br>• $5,000 Windstorm and Hail<br>• $5,000 All other perils |
| Personal Property Protection | $736,799 | • $5,000 Tropical Cyclone<br>• $5,000 Windstorm and Hail<br>• $5,000 All other perils |
| Additional Living Expense | Up to 12 months not to exceed $392,960 | |
| Family Liability Protection | $300,000 each occurrence | |
| Guest Medical Protection | $5,000 each person | |
| Building Codes | Not purchased* | |
| Building Structure Reimbursement Extended Limits | 40% above dwelling protection | |
| Roof Surfaces Extended Coverage | Included | |
| Water Back-Up | $10,000 | • $1,000 Water Back-Up |

Renewal House & Home Policy Declarations
Policy number: 993 993 759
Policy effective date: June 25, 2020

Page 3 of 4

 Allstate.
You're in good hands.

▶ **Other Coverages Not Purchased:**

- Additional Fire Department Charges*
- Building Materials Theft*
- Dwelling in the Course of Construction*
- Electronic Data Recovery*
- Extended Coverage on Cameras*
- Extended Coverage on Jewelry, Watches and Furs*

- Extended Coverage on Musical Instruments*
- Extended Coverage on Sports Equipment*
- Extended Premises*
- Fair Rental Income*
- Green Improvement*
- Home Day Care*
- Identity Theft Expenses*

- Increased Coverage on Business Property*
- Increased Coverage on Theft of Silverware*
- Loss Assessments*
- Optional Protection for Mold*
- Secondary Residence*
- Select Value*
- Yard and Garden*

*This coverage can provide you with valuable protection. To help you stay current with your insurance needs, contact your agent to discuss available coverage options and other products and services that can help protect you.*

## Scheduled Personal Property Coverage

Your policy includes Scheduled Personal Property Coverage. Please refer to the Scheduled Personal Property section of your Policy Declarations Addendum and the Scheduled Personal Property Endorsement (form AVP458) for terms, conditions and exclusions applicable to your Scheduled Personal Property Coverage.

### Scheduled Personal Property Deductible: $1,000

| Property class | Total of individual item limits per class |
|---|---|
| Jewelry | $50,000 |

## Your policy documents

Your House & Home policy consists of the Policy Declarations, any Policy Declarations Addendum, and the following documents. Please keep them together.

- AVP1C House & Home Policy – AVP40
- Amendatory Endorsement – AVP381
- Building Structure Reimbursement Extended Limits Endorsement – AVP15
- Windstorm and Hail Deductible Endorsement – AVP18
- Water Back-Up Endorsement – AVP34

- Scheduled Personal Property Endorsement – AVP458
- Roof Surfaces Extended Coverage Endorsement – AVP42
- Tropical Cyclone Deductible Endorsement – APC548-1

- Georgia Amendatory Endorsement – AVP22-2
- Amendatory Endorsement – AP4813

 **REGIONS**

**Regions Bank**
Sandy Springs Main
6637 Roswell RD
Atlanta, GA 30328

NACASHA LECA RUFFIN
DEBTOR IN POSSESSION
6595 ROSWELL RD STE 736
ATLANTA GA 30328-3152

**ACCOUNT #**     **4015**

| | |
|---|---|
| Cycle | 060 |
| Enclosures | 15 |
| Page | 0 |
| | 1 of 3 |

## LIFEGREEN CHECKING
December 25, 2020 through January 22, 2021

### SUMMARY

| | | | |
|---|---|---|---|
| **Beginning Balance** | **$156.33 –** | Minimum Balance | $261 – |
| Deposits & Credits | $2,256.06 + | Average Balance | $88 – |
| Withdrawals | $0.00 – | | |
| Fees | $44.00 – | | |
| Automatic Transfers | $0.00 + | | |
| Checks | $2,325.00 – | | |
| **Ending Balance** | **$269.27 –** | | |

### DEPOSITS & CREDITS

| | | | |
|---|---|---|---|
| 01/04 | Card Credit Cash App*cash O  4829 VISA Direct  CA 94103  4367 | | 0.94 |
| 01/04 | Square Inc  * Cash App A Bite of Pie  T200329611423 | | 7.00 |
| 01/04 | Square Inc  * Cash App A Bite of Pie  T200329611167 | | 60.00 |
| 01/04 | Card Credit Cash App*cash O  4829 VISA Direct  CA 94103  4367 | | 2,188.12 |
| | | Total Deposits & Credits | $2,256.06 |

### FEES

| | | | |
|---|---|---|---|
| 01/15 | Paid Overdraft Item Fee | | 36.00 |
| 01/22 | Monthly Fee | | 8.00 |
| | | Total Fees | $44.00 |

**For all your banking needs, please call 1-800-REGIONS (734-4667)
or visit us on the Internet at www.regions.com. (TTY/TDD 1-800-374-5791)**

**For new purchase or refinance mortgage information, contact your
Mortgage Loan Originator, Rick Fisher, NMLS 1508828, at (404)323-3532
or online at www.regionsmortgage.com/rickfisher.**

**For payment and other information about your existing mortgage loan, contact Mortgage
Servicing at 1-800-986-2462 and for Home Equity loans call 1- 800-231-7493.**

 **Thank You For Banking With Regions!**
2021 Regions Bank Member FDIC. All loans subject to credit approval.

 **REGIONS**

**Regions Bank**
Sandy Springs Main
6637 Roswell RD
Atlanta, GA 30328

NACASHA LECA RUFFIN
DEBTOR IN POSSESSION
6595 ROSWELL RD STE 736
ATLANTA GA 30328-3152

**ACCOUNT #**                                        **4015**

|  |  |
|---|---|
|  | 060 |
| Cycle | 15 |
| Enclosures | 0 |
| Page | 2 of 3 |

|  | **Total For This Statement Period** | **Total Calendar Year-to-Date** |
|---|---|---|
| Total Overdraft Fees (may include waived fees) | 36.00 | 36.00 |
| Total Returned Item Fees (may include waived fees) | 0.00 | 0.00 |

## CHECKS

| Date | Check No. | Amount | | Date | Check No. | Amount |
|---|---|---|---|---|---|---|
| 01/04 | 995021 | 2,000.00 | | 01/15 | 995025 * | 325.00 |
| | | | | | Total Checks | $2,325.00 |

\* Break In Check Number Sequence.

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 01/04 | 99.73 | 01/15 | 261.27 - | 01/22 | 269.27 - |

**You may request account disclosures containing
terms, fees, and rate information (if applicable)
for your account by contacting any Regions office.**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | **CHAPTER 11** |
| | ) | |
| **NACASHA LECA RUFFIN,** | ) | **CASE NO: 20-60067-JWC** |
| | ) | |
| **Debtor.** | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing **Monthly Operating Report for the Period from**

**January 1, 2021 through January 31, 2021** was served via electronic mail to the following

interested parties:

Thomas W. Dworschak
Office of the U. S. Trustee
Room 362
75 Ted Turner Drive, SW
Atlanta, GA 30303
(404) 331-4437
Email: thomas.w.dworschak@usdoj.gov


On this 25 day of February 2021.


*Rountree, Leitman & Klein, LLC*

Elizabeth A. Childers, GA Bar No. 143546
2987 Clairmont Road
Atlanta, Georgia 30329
(404) 990-3290; (404) 704-0246 *facsimile*
echilders@rlklawfirm.com
*Attorney for Debtor*

04034565-