**IT IS ORDERED as set forth below:**

**Date: December 16, 2021**

_____

**Jeffery W. Cavender**
**U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | **CHAPTER 11** |
| | ) | |
| **NACASHA LECA RUFFIN,** | ) | **CASE NO.: 20-60067-JWC** |
| | ) | |
| **Debtor.** | ) | |
| _____ | ) | |

**ORDER AND NOTICE (A) APPROVING THE DISCLOSURE STATEMENT, (B)**
**SETTING DEADLINE FOR SUBMITTING BALLOTS AND OBJECTIONS TO THE**
**DEBTOR'S PLAN OF REORGANIZATION, AND (C) FIXING THE DATE, TIME, AND**
**PLACE FOR THE HEARING ON CONFIRMATION OF THE PLAN**

This matter came before the Court for hearing on December 16, 2021 on consideration of

the Debtor's Motion for the Entry of an Order (a) Approving the Disclosure Statement, (b)

Setting Deadline for Submitting Ballots and Objections to the Debtor's Plan of Reorganization,

and (c) Fixing the Date, Time, and Place for the Hearing on Confirmation of the Plan (the

"**Motion**");[1] and upon consideration of the Motion and all pleadings related thereto; and the Court

_____

[1]  All capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.

having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein;

**IT IS HEREBY ORDERED THAT:**

1.      The Disclosure Statement filed by the Debtor dated November 9, 2021 [Doc. 111], is APPROVED.

2.      Within five (5) days after entry of this Order, the attorney for the Debtor shall transmit a copy of this Order, the Plan, the Disclosure Statement, and a Ballot by mail to creditors, equity security holders, and other parties in interest, as provided in Federal Rule Bankruptcy Procedure 3017(d) and pursuant to BLR 9007-2, NDGa, and file a certificate of service evidencing the same.

3.      **January 17, 2022** is fixed as the last day for holders of claims and interests to file written Ballots with acceptances or rejections of the Plan.

4.      Counsel for the Debtor shall file a Report of Balloting in accordance with BLR 3018-1, NDGa.

5.      **January 17, 2022** is fixed as the last day for filing and serving written objections to confirmation of the Plan pursuant to Federal Rule of Bankruptcy Procedure 3020(b)(1). Any objection to confirmation of the plan must be made in writing provide (a) the name and address of the objector; (b) the amount and nature of the claim or interest held by the objection; and (c) grounds for objection. Any such objections shall be filed with the clerk of the Bankruptcy Court, Room 1340, United States Courthouse, 75 Ted Turner Dr., SW, Atlanta, Georgia 30303, or by suing the Court's electronic case filing system (CM/ECF). Any objection must also be served on counsel for the Debtor, Elizabeth A. Childers, Rountree Leitman & Klein, LLC, Century Plaza I, Suite 350, 2987 Clairmont Road, Atlanta, Georgia 30329.

6.      The Court shall hold a hearing on confirmation of the plan on **Thursday, January 27, 2022 at 11:00 A.M. Eastern at the following toll-free number: 833-568-8864; meeting id: 160 459 5648 in Courtroom 1203, United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303.**

7.      Matters that need to be heard further by the Court may be heard by telephone, by video conference, or in person, either on the date set forth above or on some other day, all as determined by the Court in connection with this initial telephonic hearing. Please review the "Hearing Information" tab on the judge's webpage, which can be found under the "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the webpage for this Court, www.ganb.uscourts.gov for more information**.**

### ### END OF ORDER ###

**Prepared and presented by:**

ROUNTREE LEITMAN & KLEIN, LLC

*/s/ Elizabeth A. Childers*
William A. Rountree, Ga. Bar No. 616503
Elizabeth A. Childers, Ga Bar No. 143546
Century Plaza I
2987 Clairmont Road, Suite 350
Atlanta, Georgia 30329
(404) 584-1238 Telephone
wrountree@rlklawfirm.com
echilders@rlklawfirm.com
*Attorneys for the Debtor*

**<u>Distribution List</u>**

Elizabeth A. Childers
Rountree Leitman & Klein, LLLC
Century Plaza I
2987 Clairmont Road, Suite 350
Atlanta, Georgia 30329

Office of the United States Trustee
Attn: Lindsay P.S. Kolba
362 Richard B. Russell Building
75 Ted Turner Drive SW
Atlanta, GA 30303